No. 419. R. Simpson & Co., Inc. *v.* Commissioner of Internal Revenue. June 7, 1943. The motion for leave to file a petition for rehearing is granted, the petition for rehearing is granted and the order denying certiorari, 317 U. S. 677, is vacated. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted, limited to the question presented by the second reason relied upon in the petition for writ of certiorari. Mr. Justice Rutledge took no part in the consideration or decision of this application. *Mr. Gerald Donovan* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 903. Cafeteria Employees Union, Local 302, et al. *v.* Angelos et al.; and

No. 904. Cafeteria Employees Union, Local 302, et al. *v.* Tsakires et al. June 14, 1943. Petition for rehearing granted and order denying certiorari, *ante,* p. 753, vacated. Petition for writs of certiorari to the Court of Appeals of New York granted. *Mr. Louis B. Boudin* for petitioners. *Mr. Abraham Michael Katz* for respondents.